Matter of Walker (2023 NY Slip Op 04814)

Matter of Walker

2023 NY Slip Op 04814

Decided on September 28, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 28, 2023

PM-226-23
[*1]In the Matter of Nancy Anne Walker, an Attorney. (Attorney Registration No. 4352878.)

Calendar Date:September 25, 2023

Before:Egan Jr., J.P., Clark, Pritzker, Ceresia and McShan, JJ.

Nancy Anne Walker, Lewisburg, Pennsylvania, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel) for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Nancy Anne Walker was admitted to practice by this Court in 2005 and lists a business address in Philadelphia, Pennsylvania with the Office of Court Administration. Walker now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Walker's application.
Upon reading Walker's affidavit sworn to August 10, 2023 and filed August 14, 2023 and upon reading the September 20, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Walker is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Egan Jr., J.P., Clark, Pritzker, Ceresia and McShan, JJ., concur.
ORDERED that Nancy Anne Walker's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Nancy Anne Walker's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Nancy Anne Walker is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Walker is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Nancy Anne Walker shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.